May Term,
1860.

PASCHAL
v.
SMITH.

---

## PASCHAL *v.* SMITH and Others.

Wednesday,
June 6.

APPEAL from the *Randolph* Court of Common Pleas.

*Per Curiam.*—This case was submitted to the Court for trial, who found for the plaintiffs below. And the only error assigned relates to the sufficiency of the evidence to sustain the finding of the Court. We have carefully examined the evidence, and perceive no reason why the finding should be disturbed.

The judgment is affirmed with 5 per cent. damages and costs.

*W. J. Peelle*, for the appellant.

*J. Smith*, for the appellees.